THE STATE OF NEW YORK v. IRVING E. BLANCHARD, JR. (F. Stephen Berg, Esq.). (D) THE PEOPLE OF THE STATE OF NEW YORK v. JARVIS C. CHRISJOHN (William John Fallon, Esq.). (E) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD R. COE (E. Porter Felt, Esq.). (F) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH JOHN JONES (Edward Gerber, Esq.). (G) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD I. LORENZ (James Robinson, Jr., Esq.). (H) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MOORE (Robert Walczyk, Esq.). (I) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MORRIS (Peter L. Parrino, Esq.). (J) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES V. TANGREDI (J. Richard Sardino, Esq.). (K) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN THOMAS (Louis J. Balsamo, Esq.). (L) THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY WIECZOREK (Jay E. Brett, Esq.). (M) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FREDERICO v. ROBERT E. MURPHY, as Warden of Auburn Prison. (William Carrigan, Esq.). (N) In the Matter of RAYMOND R. VOGEL v. ROBERT E. MURPHY, as Warden of Auburn Prison. (John R. Rinaldi, Esq.). (O) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD v. WALTER H. WILKINS, as Warden of Attica Prison. (Frank H. Farrell, Esq.). (P) THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN J. WRIGHT, JR. (Ronald Coleman, Esq.).— [In each action] Motion granted to prosecute appeal on original papers, typed briefs, and counsel assigned.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CARL AUTH v. ROBERT E. MURPHY, as Warden of Auburn Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CARTER. (C) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL L. CHOMENTOWSKI.— [In each action] Motion for leave to prosecute appeal as poor person, and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES LA PLACA.— Motions for order directing County Judge to comply with memorandum decision of this court and for leave to incorporate an additional issue in his appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE ALBANESE v. ROBERT E. MURPHY, as Warden of Auburn Prison.— Motion for leave to reargue motion denying leave to prosecute appeal as a poor person and for other relief denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN J. WRIGHT, JR., v. JOHN A. REDMAN, as Superintendent of Erie County Penitentiary.— Appeal by respondent dismissed for failure to comply with previous order.

THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT D. FIORE (Also Known as "CRICKY" FIORE), DENNIS P. O'DOWD, ROBERT BOGAN, FRANK S. MACNER, LEONARD CUSTODERO and PASQUALE FRAGETTA.— Motion granted to prosecute appeal on one typewritten copy of record, original and five copies of judgment roll and five copies of each appellant's brief.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT ZAGARRIGO v. B. JOHN TUTUSKA, as Sheriff of the County of Erie.— Appeal dismissed unless briefs are filed and served on or before August 15, 1961.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS J. ROGGAN.— Motion granted to prosecute appeal on original record, typewritten briefs; appeal dismissed unless briefs are filed and served on or before August 1, 1961.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD CHARLES YOUNG. — Motion granted and time for argument of appeal enlarged to include September 1961 Term, on condition that records and briefs are filed and served on or before August 1, 1961.